AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BETTY CUMMINS, EVELYN LACEY,
BARBARA BOYD, MELVIN WASHINGTON,
and DEBRA GEORGE

**SUMMONS IN A CIVIL CASE**

V.

R. DAVID PAULISON, in his official
capacity as Administrator of the
Federal Emergency Management Agency/
Under Secretary of Homeland Security
for Emergency and Preparedness
Response

Case: 1:08-cv-01196
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/14/2008
Description: Admn. Agency Review

and

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT

TO: (Name and address of Defendant)

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Jeffrey A. Taylor
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Laufman
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 14 2008

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Betty J. Cummins, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:08-cv-01196 |
| v. | ) |
| R. David Paulison, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons with Complaint for Declaratory and Injunctive Relief

SERVE TO:  U.S. Attorney for the District of Columbia, Jeffrey A. Taylor
SERVICE ADDRESS:  Judiciary Building, 501 3rd Street, NW, Washington, DC 20530

DATE SERVED:  July 16, 2008   TIME SERVED:  1:10 PM
PERSON SERVED:  Gary Nails, Document Clerk, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 31    Height: 5'7"    Weight: 160

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-18-08
Executed on:

*Wesley Jennings* (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005126                                                              Client Reference: 080006-0712