A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Betty J. Cummins, Evelyn J. Lacey, Barbara A. Boyd, Melvin Washington, Debra H. George )
        Plaintiff(s) )
)
)
        vs. )
R. David Paulison, and United States Department of Housing and Urban Development )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER  08-01196 (RMC)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Shaun Michael Gehan  as counsel in this
        (Attorney's Name)

case for: Betty J. Cummins, et al.
        (Name of party or parties)

July 25, 2008
Date

*[signature]*
Signature

Shaun M. Gehan
Print Name

483720
BAR IDENTIFICATION

3050 K Street, N.W., Suite 400
Address

Washington, D.C. 20007
City  State  Zip Code

202.342.8400
Phone Number