AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Betty J. Cummins, Evelyn J. Lacey, Barbara A. Boyd,
Melvin Washington, Debra H. George

           Plaintiff(s)    )
                            )    **APPEARANCE**
                            )
           vs.    )    CASE NUMBER    Civil Action No. 08-01196 (RMC)

R. David Paulison, and
UNITED STATES DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT
           Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Eric Paul Waeckerlin__ as counsel in this
                             (Attorney's Name)

case for: __Betty J. Cummins, et. al__
                 (Name of party or parties)

July 25, 2008    *[signature]*
Date    Signature

                             Eric P. Waeckerlin
977228    Print Name
BAR IDENTIFICATION
                             3050 K Street, NW
                             Address

                             Washington    DC    20007
                             City    State    Zip Code

                             202-342-8845
                             Phone Number