AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BETTY CUMMINS, EVELYN LACEY,
BARBARA BOYD, MELVIN WASHINGTON,
and DEBRA GEORGE

**SUMMONS IN A CIVIL CASE**

V.

R. DAVID PAULISON, in his official
capacity as Administrator of the
Federal Emergency Management Agency/
Under Secretary of Homeland Security
for Emergency and Preparedness
Response

CASE NUMI

Case: 1:08-cv-01196
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/14/2008
Description: Admn. Agency Review

and

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT

TO: (Name and address of Defendant)
R. David Paulison
Federal Emergency Management Agency
Federal Center Plaza
500 C Street SW
Washington, D.C. 20472

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Laufman
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 1 4 2008

_____                    _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Betty J. Cummins, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) **Case No.: 1:08-cv-01196** |
| v. | ) |
| R. David Paulison, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons with Complaint for Declaratory and Injunctive Relief

SERVE TO:  R. David Paulison
SERVICE ADDRESS:  Federal Emergency Management Agency, Federal Center Plaza, 500 C Street, SW, Washington, DC 20472

DATE SERVED: July 16, 2008  TIME SERVED: 12:37 PM
PERSON SERVED:  Lottie Davis, Paralegal, authorized to accept.

Described herein:
Gender: Female    Race/Skin: Black    Hair: Brown    Age: 50    Height: 5'5"    Weight: 225

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_7-18-08_

Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005124

Client Reference: 080006-0712