UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMMINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-01196 (RMC) |
| ) | |
| PAULISON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

By this Notice, Plaintiffs Cummins, Lacey, Boyd, Washington, and George hereby dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: February 20, 2009

/s/
David H. Laufman
D.C. Bar No. 420162
Shaun M. Gehan
D.C. Bar No. 483720
Eric Waeckerlin
D.C. Bar No. 977228
Kelley Drye & Warren LLP
3050 K Street, N.W. – Suite 400
Washington, D.C.  20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451

**Attorneys for Plaintiffs**